Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 437-7006
Fax: (562) 432-2935
E-mail: marc.kalagian@rksslaw.com

Leonard Stone
Attorney at Law: 5791
Shook and Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax: (702) 384-0394
E-mail: Lstone@shookandstone.com

Attorneys for Plaintiff
Maria E. Barboza

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARIA E. BARBOZA, | Case No.: 2:25-cv-01449-BNW |
| Plaintiff, | STIPULATION FOR DISMISSAL |
| vs. | |
| FRANK BISIGNANO, Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE BRENDA WEKSLER, MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT:

1  IT IS HEREBY STIPULATED, by and between Maria E. Barboza
2  ("Plaintiff") and FRANK BISIGNANO as the Commissioner of Social
3  Security ("Defendant"), that this matter be dismissed with prejudice, each party to
4  bear its own fees, costs, and expenses.  The parties enter into this stipulation
5  pursuant to the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B).
6  DATE: October 30, 2025       Respectfully submitted,

   LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

           /s/ *Marc V. Kalagian*[1]
   BY: _____
       Marc V. Kalagian
       Attorney for plaintiff Maria E. Barboza

   DATE: October 30, 2025       SIGAL CHATTAH
                                United States Attorney


              /s/ *Angela Thornton-Millard*
   _____
   ANGELA THORNTON-MILLARD
   Special Assistant United States Attorney
   Attorneys for Defendant FRANK BISIGNANO,
   Commissioner of Social Security
   (Per e-mail authorization)


   IT IS SO ORDERED.

   DATED: October 31, 2025

                                   _____
                                   UNITED STATES MAGISTRATE JUDGE

---

[1] Counsel for the plaintiff attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

-2-

# CERTIFICATE OF SERVICE
## FOR CASE NUMBER 2:25-CV-01449-BNW

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on October 30, 2025.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Marc V. Kalagian*

_____
Marc V. Kalagian
Attorneys for Plaintiff